**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
O'NEILL, EDITH M.

Case No.: 17-25917  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 17, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 720 WESLEY AVE., PLEASANTVILLE, NJ 08232 | $110,000.00 | $135,055.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Thomas J. Subranni  
Address:       1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 17-25917-JNP
Edith M. O'Neill                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin               Page 1 of 2        Date Rcvd: Sep 14, 2017
                              Form ID: pdf905           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
```
db             +Edith M. O'Neill,    10 Oyster Bay Rd. Apt. C,    Absecon, NJ 08201-2894
516985924      +APG Cardiology Group,    2500 English Creek Ave #211,    Egg Harbor Township, NJ 08234-5598
516985926      +APG Pathology,    2500 English Creek Ave,,    Egg Harbor Township, NJ 08234-5549
516985921      +Advanced Pathology Lab,    1015 New Rd.,    Northfield, NJ 08225-1600
516985922      +Apex,    4400 Cox Rd,    Glen Allen, VA 23060-3354
516985923      +Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516985928      +AtlantiCare Emergency Assoc.,    1925 Pacific Ave.,    Atlantic City, NJ 08401-6713
516985929      +AtlantiCare Regional Medical Center,    65 W Jimmie Leeds Rd.,    Pomona, NJ 08240-9104
516985927      +Atlantic Medical Imaging,    44 East Jimmie Leeds Road,    Absecon, NJ 08205-4470
516985930      +Boscovs,    4500 Perkiomen Ave.,    Reading, PA 19606-3946
516985932      +CT Lien Solutions,    PO Box 29071,    Glendale, CA 91209-9071
516985931      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516985933      +Domenic Pastore, MD,    605 U.S. 9,    Cape May Court House, NJ 08210-2343
516985934      +Home Depot / CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516985935      +IC System,    444 Hwy 96 E,    Saint Paul, MN 55127-2557
516985936      +Kia Motors Finance Company,    10550 Talbert Ave.,    Fountain Valley, CA 92708-6031
516985938      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
516985937      +Pavilion OBGYN Egg Harbor,    2500 English Creek Ave.,    Egg Harbor Township, NJ 08234-5549
516985939      +Preferred Customer Account,    PO Box 14517,    Des Moines, IA 50306-3517
516985941      +Rickart Collection,    575 Milltown Rd # 2,    North Brunswick, NJ 08902-3321
516985942      +Sears / CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516985943      +Shore Kidney,    13 Mechanic St Ste 1,    Cape May Court House, NJ 08210-4221
516985944      +SolarCity Billing Department,    PO Box 3500,    Draper, UT 84020-3500
516985945      +Vivekkumar V. Dasondi, MD,    72 W Jimmie Leeds Rd #2100,    Absecon, NJ 08205-9412
516985946      +Wells Fargo Health Advantage,    4975 Preston Park Blvd.,    Plano, TX 75093-5164
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 00:01:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 00:01:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516985940      +E-mail/Text: bk@revenuegroup.com Sep 15 2017 00:02:01      Revenue Group,
                 4780 Hinckley Industrial Pkwy #200,    Cleveland, OH 44109-6003
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516985925       APG Northfield,    1601 Tilton Rd.,    NJ 08255
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
```
              Bruno Bellucci, III    on behalf of Debtor Edith M. O'Neill jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               jbonner@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2017
                              Form ID: pdf905          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com,
         szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
         tions.com;hinnaurato@subranni.com
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 5