**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edith M. O'Neill <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9681 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–25917–JNP | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edith M. O'Neill

11/9/17                                                             **By the court:**   Jerrold N. Poslusny Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 17-25917-JNP
Edith M. O'Neill                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2           Date Rcvd: Nov 09, 2017
                               Form ID: 318                 Total Noticed: 28

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db             +Edith M. O'Neill,    10 Oyster Bay Rd. Apt. C,    Absecon, NJ 08201-2894
516985924      +APG Cardiology Group,    2500 English Creek Ave #211,    Egg Harbor Township, NJ 08234-5598
516985926      +APG Pathology,    2500 English Creek Ave,,    Egg Harbor Township, NJ 08234-5549
516985921      +Advanced Pathology Lab,    1015 New Rd.,    Northfield, NJ 08225-1600
516985922      +Apex,    4400 Cox Rd,    Glen Allen, VA 23060-3354
516985923      +Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516985928      +AtlantiCare Emergency Assoc.,    1925 Pacific Ave.,    Atlantic City, NJ 08401-6713
516985929      +AtlantiCare Regional Medical Center,    65 W Jimmie Leeds Rd.,    Pomona, NJ 08240-9104
516985927      +Atlantic Medical Imaging,    44 East Jimmie Leeds Road,    Absecon, NJ 08205-4470
516985932      +CT Lien Solutions,    PO Box 29071,    Glendale, CA 91209-9071
516985933      +Domenic Pastore, MD,    605 U.S. 9,    Cape May Court House, NJ 08210-2343
516985936      +Kia Motors Finance Company,    10550 Talbert Ave.,    Fountain Valley, CA 92708-6031
516985938      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
516985937      +Pavilion OBGYN Egg Harbor,    2500 English Creek Ave.,    Egg Harbor Township, NJ 08234-5549
516985941      +Rickart Collection,    575 Milltown Rd # 2,    North Brunswick, NJ 08902-3321
516985943      +Shore Kidney,    13 Mechanic St Ste 1,    Cape May Court House, NJ 08210-4221
516985944      +SolarCity Billing Department,    PO Box 3500,    Draper, UT 84020-3500
516985945      +Vivekkumar V. Dasondi, MD,    72 W Jimmie Leeds Rd #2100,    Absecon, NJ 08205-9412
516985946      +Wells Fargo Health Advantage,    4975 Preston Park Blvd.,    Plano, TX 75093-5164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516985930      +EDI: HFC.COM Nov 09 2017 22:48:00      Boscovs,    4500 Perkiomen Ave.,    Reading, PA 19606-3946
516985931      +EDI: CHASE.COM Nov 09 2017 22:48:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516985934      +EDI: CITICORP.COM Nov 09 2017 22:48:00      Home Depot / CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
516985935      +EDI: IIC9.COM Nov 09 2017 22:48:00      IC System,    444 Hwy 96 E,    Saint Paul, MN 55127-2557
516985939      +EDI: WFFC.COM Nov 09 2017 22:48:00      Preferred Customer Account,    PO Box 14517,
                 Des Moines, IA 50306-3517
516985940       E-mail/Text: bk@revenuegroup.com Nov 09 2017 23:06:18      Revenue Group,
                 4780 Hinckley Industrial Pkwy #200,    Cleveland, OH 44109
516985942      +EDI: SEARS.COM Nov 09 2017 22:48:00      Sears / CBNA,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516985925       APG Northfield,    1601 Tilton Rd.,    NJ 08255
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Bruno Bellucci, III    on behalf of Debtor Edith M. O'Neill jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
               jbonner@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2017
                              Form ID: 318             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
         szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                TOTAL: 5